**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  ERIC SANDERS  §
              §  Case No.: 10-42458
              §
              §
              §
     Debtor(s)  §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/23/2010.

2) This case was confirmed on 03/17/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2011.

5) The case was dismissed on 08/18/2011.

6) Number of months from filing to the last payment: 6

7) Number of months case was pending: 14

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    1,000.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,725.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,725.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 811.94 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 188.02 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 999.96 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAG | UNSECURED | 1,716.00 | 1,715.79 | 1,715.79 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 1,584.00 | 1,584.92 | 1,584.92 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 250.00 | 143.11 | 143.11 | .00 | .00 |
| AAA COMMUNITY FINANC | UNSECURED | 4,582.00 | 4,090.14 | 4,090.14 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 396.00 | 396.33 | 396.33 | .00 | .00 |
| CASH YES CARD | UNSECURED | NA | 765.92 | 765.92 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 1,900.00 | 1,900.00 | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 622.50 | 647.50 | 647.50 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 12,115.00 | 14,923.35 | 14,923.35 | 1,026.44 | 74.60 |
| CHASE AUTO FINANCE | UNSECURED | 3,153.00 | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO S | SECURED | 8,600.00 | 9,974.50 | 8,600.00 | 528.13 | 21.87 |
| CONSUMER PORTFOLIO S | UNSECURED | 1,428.00 | .00 | 1,374.50 | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| COLLEGE OF LAKE COUN | UNSECURED | 1,440.00 | NA | NA | .00 | .00 |
| COLLEGE OF LAKE COUN | UNSECURED | 1,190.00 | NA | NA | .00 | .00 |
| COLLEGE OF LAKE COUN | UNSECURED | 695.00 | NA | NA | .00 | .00 |
| COLLEGE OF LAKE COUN | UNSECURED | 171.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,000.00 | 2,252.12 | 2,252.12 | .00 | .00 |
| CMG GROUP INC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CONTINENTAL CREDIT C | UNSECURED | 2,881.00 | 2,603.73 | 3,716.61 | .00 | .00 |
| CONTINENTAL FURNITUR | UNSECURED | 922.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON | UNSECURED | 510.00 | 1,522.99 | 1,522.99 | .00 | .00 |
| COMCAST | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 436.00 | NA | NA | .00 | .00 |
| WOW HARVEY | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| DTE ENERGY | UNSECURED | 611.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| FIRST CHOICE LOANS | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 645.00 | 414.86 | 414.86 | .00 | .00 |
| GENESIS FINANCIAL & | UNSECURED | 838.00 | 703.77 | 703.77 | .00 | .00 |
| GET CASH USA | UNSECURED | 580.00 | NA | NA | .00 | .00 |
| HARRIS NA | UNSECURED | 553.00 | .00 | 567.94 | .00 | .00 |
| NORTHWESTERN NASAL S | UNSECURED | 368.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 800.00 | 23,243.90 | 23,243.90 | .00 | .00 |
| LAZER LENDING | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| LOAN SHOP ONLINE | UNSECURED | 1,020.00 | NA | NA | .00 | .00 |
| CONTINENTAL | UNSECURED | 859.00 | NA | NA | .00 | .00 |
| METACASHYE | UNSECURED | 730.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| SOUND & SPIRIT CLUB | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| ESURANCE | UNSECURED | 377.00 | NA | NA | .00 | .00 |
| NEW MILLENNIUM BANK | UNSECURED | 1,344.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,022.00 | 1,096.36 | 1,096.36 | .00 | .00 |
| PACK MANAGEMENT GROU | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN | UNSECURED | 650.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 11,832.00 | 14,254.81 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 9,834.00 | .00 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 552.00 | 573.89 | .00 | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 11,832.00 | 12,585.10 | .00 | .00 | .00 |
| WEB CASH PAYDAY | UNSECURED | 1,464.00 | NA | NA | .00 | .00 |
| UNITED FINANCIAL SER | UNSECURED | NA | 250.00 | 250.00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 510.00 | 510.00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 510.00 | 510.00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 480.00 | 480.00 | .00 | .00 |
| CONTINENTAL CREDIT C | SECURED | NA | 1,115.88 | .00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 74.00 | 74.00 | .00 |
| HARRIS NA | SECURED | NA | 567.94 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 23,523.35 | 1,554.57 | 96.47 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 23,523.35 | 1,554.57 | 96.47 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 74.00 | 74.00 | .00 |
| **TOTAL PRIORITY:** | 74.00 | 74.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 47,886.76 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 999.96 |
| Disbursements to Creditors | $ | 1,725.04 |
| **TOTAL DISBURSEMENTS:** | $ | 2,725.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/17/2011                                         /s/ Tom  Vaughn
                                                                                    Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**